IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

___

| | |
|---|---|
| **STEVE E. MORGAN**, | ) |
| Plaintiff | ) ) ) |
| V. | ) No.: 3:16-cv-00066-CLC-CCS |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, | ) ) ) |
| Defendant. | ) ) |

___

## STIPULATION OF DISMISSAL WITH PREJUDICE
___

Now come the Plaintiff, Steve E. Morgan, and Defendant, The Prudential Insurance Company of America, through their respective attorneys of record, and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear her/its own costs and expenses of litigation.

This 27th day of July, 2016.

s/ John P. Dreiser
John P. Dreiser (BPR #020743)
Attorney for the Plaintiff
1356 Papermill Pointe Way
Knoxville, TN 37919
(865) 584-1211

s/ Megan E. Troy
Seyfarth Shaw, LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
(312) 460-5000

s/ Cyrus L. Booker
Cyrus L. Booker
CBooker@bookerlegal.com
Booker Legal Group, P.C.
1720 West End Avenue, Suite 640
Nashville, TN 37203-2615
Telephone: 615-815-1634
Facsimile: 615-301-6500